## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DYLAN MANN** | \* | **CIVIL ACTION NO.** |
| | \* | |
| **VERSUS** | \* | **SECTION:** |
| | \* | |
| **ABRAHAM QURAAN AND ALAA** | \* | **JUDGE:** |
| **M. SALEM** | \* | |
| | \* | **MAGISTRATE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**COMPLAINT FOR DAMAGES**</u>

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, AND THE JUDGES THEREOF:**

Dylan Mann, through undersigned counsel, brings this Complaint for Damages and avers as follows:

1.

Plaintiff, Dylan Mann (hereinafter "Plaintiff"), a person of majority age and citizen of the United States, State of New York, with respect represents:

2.

Made Defendants herein are:

(a) Abraham Quraan, a person of majority age residing at 3325 Lake Trail Drive, Metairie, LA 70003; and

(b) Alaa M. Salem, a person of a majority age resident at 1500 Rosette Drive, Harvey, LA 70058.

### FIRST CAUSE OF ACTION

3.

At all material times, Plaintiff, Dylan Mann, was an undergraduate student at Tulane University.

4.

At all material times, Defendants, Abraham Quraan and Alaa M. Salem, had and have no personal, educational or professional contact with Tulane University.

5.

On or about October 26, 2023, Tulane University students were participating in a peaceful demonstration in support of the State of Israel at and near the intersection of McAllister Drive and Freret Street in uptown New Orleans in response to a pre-planned anti-Israel protest organized by non-Tulane students and specifically targeted at Tulane due to the significant number of enrolled Jewish students.

6.

During the protest, an orange Toyota pickup truck owned and operated by Defendant, Abraham Quraan, arrived with Quraan's two minor sons in the flatbed of the truck.

7.

Defendant Quraan commenced to drive back and forth slowly on Freret Street between the two groups and in front of the students' peaceful demonstration with the specific intent to cause a disturbance and provoke/engage in physical violence against the Tulane students.

8.

At some point, Defendant Quraan illegally parked his truck in the middle of Freret Street, exited the truck and suddenly, violently and without warning assaulted Plaintiff, including kicking Plaintiff in the left side, punching Plaintiff in the head and ripping an Israel flag off of Plaintiff's body.

9.

At the same time, co-defendant Alaa M. Salem suddenly, violently and without warning

struck Plaintiff in the face with a bullhorn.

10.

At no time prior to the assault did Plaintiff encounter, confront, provoke, or communicate in any matter with either defendant.

11.

As a result of the above described incident, Plaintiff, Dylan Mann, suffered extreme mental and emotional distress, fear for his life, and blunt force facial trauma resulting in facial swelling, a nose laceration, nasal bleeding, headaches and acute bilateral nasal bone fractures, for which injuries Plaintiff received medical treatment.

12.

The events described herein and resulting mental, emotional, and physical pain and suffering, and consequent medical expenses, were caused by the intentional tortuous acts of Defendants, Abraham Quraan and Alaa M. Salem, for which Plaintiff is entitled to recover general and special damages, pursuant to La. Civ. Code. Art. 2315.

13.

Jurisdiction over this cause of action against the aforesaid Defendants is based upon 28 U.S.C. § 1332, given the complete diversity of the parties and an amount in controversy exceeding $75,000.00, exclusive of costs and interests.

**FOR A SECOND CAUSE OF ACTION**

14.

Plaintiff re-avers and realleges all allegations of fact and law previously pled herein as if re-pled in their entirety.

15.

During the incident described herein, Defendants Quraan and Salem verbalized their hatred of Jewish people.  Before and after the incident; Defendant Quraan utilized social media to espouse his hatred of Israel and Jewish people, including implied threats of violence.  These social media posts include harassment and threats against Plaintiff personally following the incident in suit.

16.

As a result, and in addition to the general and special damages sought as a result of the incident described herein, Plaintiff, Dylan Mann, seeks and is entitled to an award of court costs and reasonable attorneys fees from both defendants pursuant to La. Civ. Code Art. 2315.9, as the acts described herein constitute acts of terror pursuant to Article 2315.9(C)(1), and Plaintiff suffered intentional infliction of serious bodily injury pursuant to Article 2315.9(C)(1)(b) in furtherance of said acts of terror.

17.

 Jurisdiction over this cause of action against the aforesaid Defendants is based upon 28 U.S.C. § 1332, given the complete diversity of the parties and an amount in controversy exceeding $75,000.00, exclusive of costs and interests.

**WHEREFORE**, Plaintiff, Dylan Mann, prays for judgment in his favor and against Defendants, Abraham Quraan and Alaa M. Salem, for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by law, for court costs and reasonable attorneys fees pursuant to La. Civ. Code Art. 2315.9, for all additional general and equitable relief to which Plaintiff may be entitled under the circumstances of this cause, and for a trial by jury on all claims and causes of action brought herein.

Respectfully submitted,
**LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC**

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817) (T.A.)
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
COUNSEL FOR PLAINTIFF

**PLEASE SERVE:**

**ABRAHAM QURAAN**
3325 Lake Trail Drive
Metairie, LA 70003

**ALAA M. SALEM**
1500 Rosette Drive
Harvey, LA 70058