**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DYLAN MANN** | * | **CIVIL ACTION NO. 2:24-cv-02499** |
| | * | |
| **VERSUS** | * | **SEC. H, DIV. 2** |
| | * | |
| **ABRAHAM QURAAN AND ALAA** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| | * | **MAGISTRATE: DONNA PHILLIPS** |
| | * | **CURRAULT** |

*******************************************************************************

**ANSWER ON BEHALF OF ALAA SALEM**

Defendant Alaa Salem ("Defendant"), by and through undersigned counsel, hereby submits this, its Answer and affirmative defenses to the Complaint filed against him, and would show, and avers as follows:

1.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint, but to the extent a response is required, Defendant denies them.

2.

Defendant admits his status as alleged in Paragraph 2 of the Complaint. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint, but to the extent a response is required, Defendant denies them.

**FIRST CAUSE OF ACTION**

3.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint, but to the extent a response is required, Defendant denies them.

4.

Defendant objects to Paragraph 4 of the Complaint on the ground that it is overly broad, unduly burdensome, vague, and/or ambiguous as to the terms "had and have no personal, educational, or professional contact." To the extent a response is required, Defendant denies them.

5.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint, but to the extent a response is required, Defendant denies them.

6.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint, but to the extent a response is required, Defendant denies them.

7.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint, but to the extent a response is required, Defendant denies them.

8.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint, but to the extent a response is required, Defendant denies them.

9.

Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint, but to the extent a response is required, Defendant denies them.

11.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint, but to the extent a response is required, Defendant denies them.

12.

Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint, but to the extent a response is required, Defendant denies them.

**FOR A SECOND CAUSE OF ACTION**

14.

Paragraph 14 does not require a response from Defendant, but to the extent a response is required, Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15.

Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint, but to the extent a response is required, Defendant denies them.

17.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint, but to the extent a response is required, Defendant denies them.

18.

Defendant denies the allegations contained in the Complaint's WHEREFORE paragraph.

IN FURTHER ANSWER, Defendant avers as follows:

19.

Defendant pleads the fault of other parties, for which Defendant is not responsible, including Plaintiff, as the cause of any damage allegedly sustained by Plaintiff.

20.

Defendant denies each and every allegation in the Complaint not specifically admitted herein.

21.

Defendant asserts the following defenses and affirmative defenses:

a. Failure to State a Claim: The Complaint fails to state a claim upon which relief can be granted.

b. Lack of Personal Jurisdiction: This Court lacks personal jurisdiction over the Defendant.

c. Improper Venue: Venue is improper in this Court.

d. Prescription: Plaintiff's claims are barred by the applicable statute of limitations and/or is otherwise brought out of time.

e. Self-Defense: Defendant's actions, if any, were taken in self-defense.

f. Defense of Another: Defendant's actions, if any, were taken in defense of another person.

g. Consent: Plaintiff consented to the alleged conduct.

h. Contributory Negligence: Plaintiff's own negligence contributed to or caused the alleged damages.

i. Assumption of Risk: Plaintiff assumed the risk of the alleged conduct and any resulting damages.

j. Justification: Defendant's actions, if any, were legally justified under the circumstances.

k. Lack of Damages: Plaintiff has not suffered any damages as a result of Defendant's alleged conduct.

l. Failure to Mitigate Damages: Plaintiff has failed to mitigate any alleged damages.

WHEREFORE, Defendant Alaa Salem prays that this Court:

a. Find this Answer good and proper,

b. Dismiss the Complaint with prejudice,

c. Award Defendant costs and attorney fees incurred in defending this action, and

d. Grant such other and further relief, including general and equitable relief, as the Court deems just and proper.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on the 15th day of January, 2025, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery ( ) Prepaid U.S. Mail
( ) Facsimile ( ) UPS/Fed. Express
( ) Certified Mail ( x ) Electronic Mail

*/s/ William Longwitz*
**WILLIAM LONGWITZ**

Respectfully submitted,
*/s/ William Longwitz*

**CASTEX ESNARD, L.L.C.**
**WILLIAM LONGWITZ (#39752)**
**JIMMY A. CASTEX, JR. (#24339)**
650 Poydras Street, Suite 2415
New Orleans, Louisiana 70130
Telephone: 504.262.9880
Facsimile: 504.766.9196
Email: wlongwitz@castexesnard.com
jcastex@castexesnard.com
**Counsel for Defendant Alla Salem**