**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DYLAN MANN** | * | **CIVIL ACTION NO. 2:24-cv-02499** |
| | * | |
| **VERSUS** | * | **SEC. H, DIV. 2** |
| | * | |
| **ABRAHAM QURAAN AND ALAA SALEM** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| | * | **MAGISTRATE: DONNA PHILLIPS** |
| | * | **CURRAULT** |

**********************************************************************************

**DEFENDANT SALEM'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

NOW COMES Defendant Alaa Salem ("Salem"), by and through undersigned counsel, and, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and for the reasons set forth in Defendant Salem's memorandum, respectfully moves this Honorable Court for partial judgment on the pleadings, seeking dismissal of the second cause of action asserted against Defendant Salem under Article 2315.9, together with any further relief the Court deems just and proper.

Respectfully submitted,
*/s/ William Longwitz*
**CASTEX ESNARD, L.L.C.**
**WILLIAM LONGWITZ (#39752)**
**JIMMY A. CASTEX, JR. (#24339)**
650 Poydras Street, Suite 2415
New Orleans, Louisiana 70130
Telephone: 504.262.9880
Facsimile: 504.766.9196
Email: wlongwitz@castexesnard.com
jcastex@castexesnard.com
**Counsel for Defendant Alaa Salem**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on the 15th day of May, 2025, served a copy of the foregoing pleading on all counsel for all parties by email and via the Court's electronic filing system.

*/s/ William Longwitz*
**WILLIAM LONGWITZ**