
Palestine Will Be Free
Palestine Will Be Free
CHILDREN DESERVE A FUTURE
ZIONISTS NO ONE BELIEVES YOUR RACIST PROPAGANDA ANYMORE


FREE
PALESTINE
LAND
BACK


FREE
PALESTINE
LAND
BACK


FREE
PALESTINE
LAND
BACK