**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DYLAN MANN** | * | **CIVIL ACTION NO. 2:24-cv-02499** |
| | * | |
| **VERSUS** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| **ABRAHAM QURAAN AND ALAA M. SALEM** | * * | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |
| | * | |

**************************************************************************************

# Manual Attachment
# Exhibit C