UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DYLAN MANN | * | CIVIL ACTION NO. 2:24-cv-02499 |
| | * | |
| VERSUS | * | JUDGE: JANE TRICHE MILAZZO |
| | * | |
| ABRAHAM QURAAN AND ALAA M. SALEM | * * | MAGISTRATE: DONNA PHILLIPS CURRAULT |
| | * | |

********************************************************************************

# Manual Attachment
# Exhibit D