**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DYLAN MANN** | * | **CIVIL ACTION NO. 2:24-cv-02499** |
| | * | |
| **VERSUS** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| **ABRAHAM QURAAN AND ALAA M. SALEM** | * * | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |
| | * | |

******************************************************************************

**<u>AMENDED COMPLAINT FOR DAMAGES</u>**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, AND THE JUDGES THEREOF:**

Dylan Mann, through undersigned counsel, brings this Amended Complaint for Damages and avers as follows:

1.

Plaintiff, Dylan Mann (hereinafter "Plaintiff"), a person of majority age and citizen of the United States, State of New York, with respect represents:

2.

Made Defendants herein are:

(a) Abraham Quraan, a person of majority age residing at 3325 Lake Trail Drive, Metairie, LA 70003; and

(b) Alaa M. Salem, a person of a majority age resident at 1500 Rosette Drive, Harvey, LA 70058.

**FIRST CAUSE OF ACTION**

3.

Plaintiff hereby reavers, realleges and incorporates paragraphs 3-13 from his Complaint for Damages as if replead herein in their entirety.

**EXHIBIT A**

**FOR A SECOND CAUSE OF ACTION**

4.

Plaintiff amends his second cause of action in his Complaint for Damages as follows:

5.

During the incident described herein, Defendants Quraan and Salem verbalized their animus toward Jewish people. Defendant Quraan utilized social media to espouse implied threats of violence that do not constitute protected speech under the First Amendment. These social media posts include harassment and intimidation of Plaintiff personally following the incident in suit, none of which constitute protected speech under the First Amendment.

6.

The intentional acts of Defendants Quraan and Salem described in Plaintiff's First Cause of Action constitute intentional infliction of serious bodily injury upon a human being under La. Civ. Code Art. 2315.9(C)(1)(b).

7.

Further, following the Defendants' intentional infliction of serious bodily injury upon and intimidation of this Plaintiff, Defendants continued to aggressively and physically approach other Tulane students. Defendant Quraan removed his belt with the intent to use it as a weapon. Both defendants had to be physically restrained from assaulting additional Tulane students.

8.

The Defendants actions evidence an intent to intimidate or coerce the Plaintiff and the Tulane students, which intimidation and coercion includes the Defendant's intentional infliction of serious bodily injury upon Plaintiff, all in violation of La. Civ. Code Art. 2315.9C(1)(b).

As a result, and in addition to the general and special damages sought as a result of the incident described herein, Plaintiff, Dylan Mann, seeks and is entitled to an award of court costs and reasonable attorneys fees from both defendants pursuant to La. Civ. Code Art. 2315.9, as the acts described herein constitute acts of terror in violation of Article 2315.9C.

10.

Jurisdiction over this cause of action against the aforesaid Defendants is based upon 28 U.S.C. § 1332, given the complete diversity of the parties and an amount in controversy exceeding $75,000.00, exclusive of costs and interests.

11.

Plaintiff prays for a jury trial on all claims and causes of action asserted herein.

**WHEREFORE**, Plaintiff, Dylan Mann, prays for judgment in his favor and against Defendants, Abraham Quraan and Alaa M. Salem, for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by law, for court costs and reasonable attorneys fees pursuant to La. Civ. Code Art. 2315.9, for all additional general and equitable relief to which Plaintiff may be entitled under the circumstances of this cause, and for a trial by jury on all claims and causes of action brought herein.

Respectfully submitted,
**LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC**

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817) (T.A.)
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 10th day of June 2025, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties to this proceeding.

*/s/ Paul M. Sterbcow*