## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DYLAN MANN**                                    **CIVIL ACTION**

**VERSUS**                                        **NO: 24-2499**

**ABRAHAM QURAAN ET AL.**                         **SECTION "H"**

## <u>ORDER</u>

Before the Court are Defendants' Motions for Judgment on the Pleadings (Docs. 16, 18). Subsequent to the filing of these motions, Plaintiff amended his Complaint (Doc. 26). "[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."[1]

Accordingly;

**IT IS ORDERED** that Defendants' Motions for Judgment on the Pleadings are **DENIED AS MOOT WITHOUT PREJUDICE**.

New Orleans, Louisiana this 3rd day of July, 2025.

_____

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016).