**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DYLAN MANN** | * | **CIVIL ACTION NO. 2:24-cv-02499** |
| | * | |
| **VERSUS** | * | **SEC. H, DIV. 2** |
| | * | |
| **ABRAHAM QURAAN AND ALAA SALEM** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| | * | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |
| | * | |

**********************************************************************************

**DEFENDANT SALEM'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

NOW COMES Defendant Alaa Salem ("Salem"), by and through undersigned counsel, and, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and for the reasons set forth in Defendant Salem's memorandum, does respectfully move this Honorable Court for partial judgment on the pleadings, seeking dismissal of the second cause of action asserted against Defendant Salem under Article 2315.9, together with any further relief the Court deems just and proper.

Respectfully submitted,

*/s/ William Longwitz*
**CASTEX ESNARD, L.L.C.**
**JIMMY A. CASTEX, JR. (#24339)**
**JOHN B. ESNARD III (#25664)**
**ASHLEY MULÉ (#30191)**
**WILLIAM LONGWITZ (#39752)**
650 Poydras Street, Suite 2415
New Orleans, Louisiana 70130
Telephone: 504.262.9880
Facsimile: 504.766.9196
Email: jcastex@castexesnard.com
jesnard@castexesnard.com
ashleym@castexesnard.com
wlongwitz@castexesnard.com
**Counsel for Defendant, Alaa Salem**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on the 7th day of July 2025, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery ( ) Prepaid U.S. Mail
( ) Facsimile ( ) UPS/Fed. Express
( ) Certified Mail ( x ) Electronic Mail

*/s/ William Longwitz*
**William Longwitz**