UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DYLAN MANN | * | CIVIL ACTION NO.: 24-2499 |
| VERSUS | * | SECTION: H<br>JUDGE JANE TRICHE MILAZZO |
| ABRAHAM QURAAN, ET AL | * | |
| | * | MAGISTRATE: 2<br>MAG. DONNA PHILLIPS CURRAULT |

**DEFENDANT ABRAHAM QURAAN'S MOTION**
**FOR PARTIAL JUDGMENT ON THE PLEADINGS**

NOW COMES Defendant, Abraham Quraan ("Quraan"), by and through undersigned counsel, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and for the reasons set forth in Defendant Quraan's memorandum, respectfully moves this Honorable Court for partial judgment on the pleadings, seeking dismissal of the second cause of action asserted against Defendant Quraan under Louisiana Civil Code Article 2315.9, together with any further relief the Court deems just and proper.

Respectfully submitted;

**GARY W. BIZAL, L.L.C.**

/s/ Gary W. Bizal
GARY W. BIZAL (La. Bar No. 1255)
4907 Magazine St
New Orleans, Louisiana 70115
(504)525-1328 Telephone * (504)525-1353 Fax
gary@garybizal.com

/s/ Emily Faye Ratner
EMILY FAYE RATNER (La. Bar No. 35289)
8428 Sycamore St.
New Orleans, La. 70118
(216) 978-1395 Telephone
msemilyfaye@gmail.com

*Attorneys for Defendant, Abraham Quraan*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this case or mailed to those parties not enrolled in electronic filing.

/s/ Gary W. Bizal
GARY W. BIZAL