## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DYLAN MANN | * | CIVIL ACTION NO. 2:24-cv-02499 |
| | * | |
| VERSUS | * | JUDGE:  JANE TRICHE MILAZZO |
| | * | |
| ABRAHAM QURAAN AND ALAA M. SALEM | * * | MAGISTRATE:  DONNA PHILLIPS CURRAULT |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Plaintiff's Consent Motion to Continue Submission Date and Memorandum in Support;

IT IS HEREBY ORDERED that Plaintiff's Consent Motion to Continue Submission Date is GRANTED.  The new submission date for Defendant, Abraham Quraan's, Motion for Judgment on the Pleadings (Rec. Doc. 30) is October 22, 2025.

Signed, this  18th   day of      July      , 2025, New Orleans, Louisiana.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**