**MINUTE ENTRY**
**MILAZZO, J.**
**August 14, 2025**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DYLAN MANN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-2499** |
| **ABRAHAM QURAAN** | **SECTION "H"** |

**MINUTE ENTRY**

On August 14, 2025, the Court held a telephone status conference. Paul Sterbcow participated on behalf of Plaintiff; Gary Bizal participated on behalf of Abraham Quraan; and William Longwitz participated on behalf of Alaa Salem. The parties discussed Defendants' Motions to reset the submission dates of their Motions for Judgment on the Pleadings (Doc. 35, 37).

**IT IS ORDERED** that the Motions are **GRANTED IN PART.**

**IT IS FURTHER ORDERED** that the Motions for Judgment of the Pleadings (Docs. 28, 30) are **RESET** for submission is September 17, 2025.

(JS-10:10)