UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DYLAN MANN | CIVIL ACTION |
| VERSUS | NO. 24-2499 |
| ABRAHAM QURAAN, ET AL | SEC. "H" (2) |

## NOTICE OF SCHEDULING CONFERENCE

A Scheduling Conference is **SET**, by telephone, for **MARCH 5, 2026 at 11:00 a.m.,** for the purpose of selecting a trial date and pre-trial deadlines. **Counsel are to participate in the conference by dialing (833) 990-9400 and entering access code 103 027 871.** The Court's case manager will join the call as the host once all parties are on the line.

If any party has a conflict with the selected date or time of the conference, they should notify the case manager at the email address listed below.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By:  Gail Anderson
    Case Manager
    gail_anderson@laed.uscourts.gov

NOTICE
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

IMPORTANT NOTICE TO COUNSEL

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will not be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? *

4. In advance of the conference, every party should be familiar with and ensure compliance with Rule 7.1, which was amended December 31, 2022.

*WRITTEN OBJECTIONS MUST BE FILED THREE WORKING DAYS PRIOR TO THE SCHEDULING CONFERENCE.