MINUTE ENTRY
CURRAULT, M.J.
MARCH 17, 2026
**MJSTAR: 1:53**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DYLAN MANN | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2499 |
| ABRAHAM QURAAN, ET AL. | * | SECTION "H" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After extensive settlement discussions with the parties and counsel, the court was advised that a settlement has been reached. The material terms of settlement were recited on the court record, and all parties and their counsel confirmed their agreement to same.

By copy of this minute entry, Judge Milazzo is advised so that she may enter an appropriate conditional dismissal order.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JANE TRICHE MILAZZO**