# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DYLAN MANN                                        CIVIL ACTION

VERSUS                                            NO. 24-2499

ABRAHAM QURAAN, ET AL                             SECTION: H (2)

## ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Donna Phillips Currault (Rec. Doc. 52) that all parties have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**THE PARTIES ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 18th day of March, 2026.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE